LAW OFFICES OF
# RAYMOND R. GRANGER

757 THIRD AVENUE
7TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 688-1669
FACSIMILE: (212) 688-1929

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB 2 2006 ★

**BROOKLYN OFFICE**

January 30, 2006

*[Handwritten: Sentence adjourned to April 28, 2006 @ 2:00 PM]*

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re:  United States v. Robert Stewart
     <u>Docket No. 05-CR-442 (JG)(CP)</u>

s/John Gleeson
JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Dear Judge Gleeson:

  I write to request that Your Honor adjourn the sentencing proceeding for Robert Stewart, which is currently scheduled for February 3.  I make this request for several reasons.

  First, I represent a defendant in <u>Elmaghraby, et al. v. Ashcroft, et al.</u>, E.D.N.Y. Civil Docket No. 04-1809 (JG)(JMA). Magistrate Judge Gold has ruled that even the defendants who are appealing Your Honor's partial denial of their motions to dismiss in that case (my client is among those appealing) must participate in the depositions of plaintiffs who are being paroled into the United States or lose the opportunity to do.[1] In addition, the plaintiffs in the <u>Elmaghraby</u> case have identified the plaintiffs in <u>Turkmen et al. v. Ashcroft et al.</u>, E.D.N.Y. Docket No. 02-CV-2307 (JG)(SMG), as potential witnesses, and vice versa.  As a result, my staff and I have had to review and to catalog the voluminous discovery that has been produced in both cases in order to prepare for the depositions of both the <u>Elmaghraby</u> and <u>Turkmen</u> plaintiffs.  Moreover, the depositions themselves began last week and will continue into next week, and Magistrate Judge Gold's ruling that the defendants are entitled

---

[1] Magistrate Judge Gold ruled that, in the alternative, any defendant wishing to depose these individuals would have to travel to the individuals' respective native countries to do so.

The Honorable John Gleeson
January 30, 2006
Page 2

to take 8½ hours of testimony each day has required continuation of the depositions well into several evenings.

Second, the United States Court of Appeals for the Second Circuit has directed that the appeals of all defendants in the Elmaghraby case must be perfected in late February, and I thus am also working on my client's appeal in that case.

Third, I received Mr. Stewart's presentence report on January 19, and my responsibilities in the Elmaghraby case have prevented me from discussing the report with Mr. Stewart and preparing objections.

Accordingly, I respectfully request that Mr. Stewart's sentencing be adjourned for sixty days in order to allow me additional time to prepare objections to the presentence report and possibly other submissions on behalf of Mr. Stewart. I have discussed this matter with AUSA Steven Breslow, and he has advised me that the government does not object to this request.

Thank you for your consideration of this request.

Very truly yours,

Raymond R. Granger

cc: AUSA Steven Breslow
United States Attorney's Office
  for the Eastern District of New York
147 Pierrepont Street
Brooklyn, New York 11201

Mr. Robert Stewart

# RAYMOND R. GRANGER
757 THIRD AVENUE
7TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212)688-1669 • FAX: (212)688-1929

## Facsimile Transmission Cover Sheet
### Please Deliver The Attached Document ASAP

---

**Confidentiality Notice**

This Transmission Is Intended Only For The Use Of The Individual Or Entity To Which It Is Addressed And May Contain Confidential Information Belonging To The Sender Which Is Protected By The Attorney-Client Privilege. If You Are Not The Intended Recipient, You Are Hereby Notified That Any Disclosure, Copying, Distribution Of The Taking Of Any Action In Reliance On The Contents Of This Information Is Strictly Prohibited. If You Have Received This Transmission In Error, Immediately Notify Us By Telephone To Arrange For Its Return.

---

Date:  January 31, 2006                              Pages: Cover + 2

| To: | Fax Number: |
|---|---|
| Eva | 718-613-2456 |

| From: Raymond R. Granger | Equitrac Init: | Ext.: |
|---|---|---|
| Client: Robert Stewart | File #: | |
| Re: | ID #: | |

**Comments:**

Hi Eva,

I spoke with you earlier today and obtained permission to fax a courtesy copy of the attached letter to Judge Gleeson, which was filed yesterday via ECF.

Have a great day,
Carolyn Horan

If You Do Not Receive All Pages As Indicated, Please Notify Us <u>Immediately</u> At (212)688-1669.

### Original:  Mailed / Not Mailed